**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60463-LEIBOWITZ/AUGUSTIN-BIRCH**

VDPP, LLC,

      *Plaintiff*,

v.

SIM2 USA, INC.,

      *Defendant*.

_____/

## ORDER

THIS CAUSE comes before the Court on a *sua sponte* review of the record.  On March 23, 2024, Plaintiff filed the initial Complaint.  [ECF No. 1].  Defendant filed an Answer on May 31, 2024.  [ECF No. 8].  On August 30, 2024, Plaintiff filed its First Amended Complaint.  [ECF No. 17].  Per Federal Rule of Civil Procedure 15(a)(1), a party only may amend its pleading once as a matter of course "21 days after serving it" or "21 days after service of a responsive pleading[.]"  Fed. R. Civ. P. 15(a)(1).  Any other amendment can only be filed "with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  Plaintiff has not filed any indication that the Defendant consented to the amended pleading and has similarly not filed a motion for leave to amend the Complaint.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's First Amended Complaint [**ECF No. 17**] is **STRICKEN**.  If Plaintiff wishes to file an Amended Complaint, Plaintiff may do so only with Defendant's written consent or by filing a motion for leave to amend the Complaint with a copy of the amended Complaint attached.  Failure to comply with the Court's order may result in dismissal of this case.

**DONE AND ORDERED** in the Southern District of Florida on September 3, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record