**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60463-LEIBOWITZ/AUGUSTIN-BIRCH**

**VDPP, LLC,**

      *Plaintiff,*

v.

**SIM2 USA, INC.,**

      *Defendant.*

_____/

**<u>ORDER</u>**

      **THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. This Court's Scheduling Order [ECF No. 14] required the parties to select a mediator; schedule a time, date, and place for mediation; and jointly file a proposed order in the form specified on the Court's website, http://www.flsd.uscourts.gov. **no later than July 11, 2024**. On July 10, 2024, the parties notified the Court of their selection of a mediator [ECF No. 16]; however, to date, there is no indication on the docket that the parties have scheduled a date for mediation or filed a proposed order in accordance with this Court's Scheduling Order.

      It is therefore **ORDERED AND ADJUDGED** that on or before **November 1, 2024**, the parties shall comply with this Court's Scheduling Order.

      **DONE AND ORDERED** in the Southern District of Florida on October 17, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record